RACHEL GREEN, as Administratrix of the Estate of CHARLES GREEN, Deceased, Appellant, *v.* URBAN CONTRACTING AND HEATING COMPANY et al., Respondents.

*Green* v. *Urban Contracting & Heating Co.*, 111 App. Div. 926, affirmed.
(Argued January 25, 1907; decided February 19, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 5, 1906, affirming a judgment in favor of defendant

entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's intestate alleged to been been caused by defendant's negligence.

*Charles Steckler* and *Levin L. Brown* for appellant.

*George Gordon Battle, Frederick E. Fishel* and *Charles P. Caldwell* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ.